RAYMOND W. MORTON, RICHARD M. SHOFI, AND SOUTH-
WEST CIVIC ASSOCIATION OF CLARK, A CORPORA-
TION OF THE STATE OF NEW JERSEY, PLAINTIFFS-
RESPONDENTS AND CROSS-APPELLANTS, v. MAYOR
AND COUNCIL OF THE TOWNSHIP OF CLARK, A MU-
NICIPAL CORPORATION IN UNION COUNTY, AND THE
BUILDING INSPECTOR, DEFENDANTS-APPELLANTS,
AND CROSS-RESPONDENTS, AND MABROOK GARDENS,
A CORPORATION OF THE STATE OF NEW JERSEY, IN-
TERVENING DEFENDANT-APPELLANT AND CROSS-
RESPONDENT.

MABROOK GARDENS, A CORPORATION OF THE STATE OF
NEW JERSEY, PLAINTIFF-CROSS-RESPONDENT, v.
MAYOR AND COUNCIL OF THE TOWNSHIP OF CLARK,
A MUNICIPAL CORPORATION IN UNION COUNTY, AND
THE BUILDING INSPECTOR, DEFENDANTS-CROSS-AP-
PELLANTS.

Superior Court of New Jersey
Appellate Division

Argued December 15, 1969—Decided December 22, 1969.

Before Judges GOLDMANN, LEWIS and MATTHEWS.

*Mr. Norman A. Kurtz* argued the cause for appellant and
cross-respondent Mabrook Gardens (*Messrs. Levy & Krauss,*
attorneys).

*Mr. John P. Higgins* argued the cause for municipal de-
fendants-cross-respondents (*Mr. H. Frank Pettit,* on the
brief).

PER CURIAM. We affirm for the reasons stated in Judge
Feller's comprehensive opinion, partially reproduced in 102
*N. J. Super.* 84 (*Law Div.* 1968).